UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __7/15/2021__

-------------------------------------------------------- X

UNITED STATES OF AMERICA,   :

          :

   -v-        :

          :

ELVIN HUERTERO,     :

          :

      Defendant. :

-------------------------------------------------------- X

ORDER

20-CR-580 (ER)

Ramos, D.J.:

   The status conference previously scheduled for July 14, 2021, is hereby rescheduled to

**July 29, 2021 at 3:30 p.m.** The conference will be held in Courtroom 619 at the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York , New York 10007.

   The time between July 14, 2021, and July 29, 2021, is excluded under the Speedy Trial

Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties. The Court finds that the ends of

justice served by this exclusion of time outweigh the interests of the public and the defendant in

a speedy trial.

   SO ORDERED.

Dated: July 15, 2021
   New York, New York      _____

                 Edgardo Ramos
              United States District Judge