

**MEMO ENDORSED**

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2021

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Elvin Huertero*, 20 Cr. 580 (ER)

Dear Judge Ramos:

    On September 3, 2021, the defendant sought an adjournment of the September 7, 2021 status conference, which the Court granted and rescheduled for September 28, 2021. (ECF 19). The Government moves that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from September 8, 2021 until September 28, 2021, to allow for the defendant to continue to review discovery and for the parties to continue discussing potential dispositions. In defense counsel's adjournment request, (ECF 18), defense counsel stated that he had no objection to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Emily A. Johnson
    Assistant United States Attorney
    (212) 637-2409

cc:    Matthew Galluzzo, Esq. (by ECF)

---

The request is granted. The time from September 8, 2021 until September 28, 2021 shall be excluded under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the motion. Doc. 20.

So ordered.    _____
    Edgardo Ramos, U.S.D.J
    Dated: 9/7/2021
    New York, New York