USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_3/21/2022\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

      –v–

ELVIN HUERTERO,

                Defendant.

**ORDER**

20-cr-0580 (ER)

---

Ramos, D.J.:

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

      On November 30, 2021, the jury trial in this matter was scheduled for May 23, 2022. The Court accordingly requested a jury trial for that date and the Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **May 11, 2022**.

      The following trial schedule is hereby adopted:

1.     Motions *in limine* are due **April 11, 2022**, and oppositions thereto by **April 25, 2022.**

2.     Proposed jury instructions, *voir dire* questions, and verdict sheets are due **April 11,2022** and objections thereto by **April 25, 2022.**

3.     The final pretrial conference shall be held on **May 5, 2022 at 2:00 PM.**

It is SO ORDERED.

Dated: March 21, 2022
      New York, New York

                                                      Edgardo Ramos, U.S.D.J.