

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2022

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Elvin Huertero*, 20 Cr. 580 (ER)

Dear Judge Ramos:

On June 2, 2022, the Court held a *Fatico* hearing in the above-captioned matter. At the conclusion of the hearing, the Court ordered the parties to submit proposed findings of fact and conclusions of law no later than June 16, 2022. The parties have conferred and believe that a short extension of the June 16 deadline will enable both parties to submit thorough post-hearing briefing that may aid in the Court's consideration of the issues raised. Accordingly, the parties respectfully request a one-week adjournment—until June 23, 2022—of the deadline to file post-*Fatico* hearing briefing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Emily A. Johnson / Marguerite B. Colson
Brandon D. Harper
Assistant United States Attorneys
(212) 637-2409 / 2587 / 2209

cc:   Matthew Galluzzo, Esq. (by ECF)

---

The deadline to file post-hearing briefs is extended to June 23, 2022.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___6/10/2022___
New York, New York