UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>–v–<br><br>ELVIN HUERTERO,<br><br>                              Defendant. | **ORDER**<br><br>20-cr-580 (ER) |

Ramos, D.J.:

On April 29, 2022, Mr. Huertero plead guilty to count two of the Indictment. At that time, sentencing was scheduled for August 4, 2022, and the ordering of a PSI was stayed pending a *Fatico* hearing. The hearing having been held on June 2, 2022, and the Court's discussion issued on July 13, 2022, the PSI is hereby ordered, and sentencing is rescheduled for October 27, 2022 at 3:30 p.m.

It is SO ORDERED.

Dated: July 14, 2022
         New York, New York

Edgardo Ramos, U.S.D.J.